

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**Signed July 29, 2009**

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>George Patrick Sulima<br><br>  Debtor(s) | § §  §  § | Case No.:   09−70030−hdh7<br>Chapter No.:  7 |
| Gary Stripling  et al.<br>  Plaintiff(s)<br>    vs.<br>George Patrick Sulima<br>  Defendant(s) | § § § § § § | Adversary No.:   09−07001−hdh |

# ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Charles S. Parnall**, related to document 7, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #