

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 29, 2009

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
George Patrick Sulima §
 § Case No.: 09−70030−hdh7
Debtor(s) § Chapter No.: 7
 §
Gary Stripling et al. §
Plaintiff(s) § Adversary No.: 09−07001−hdh
 vs. §
George Patrick Sulima §
Defendant(s) §

# ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Richard N. Feferman**, related to document 6, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #