Stewart Ransom Miller
Miller & Miller
9310 Esplanade Drive
Dallas, Texas 75220-5038
214-352-2132 (telephone)
214- 224-0120 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-70030-HDH7 |
| GEORGE PATRICK SULIMA, | § | Chapter 7 Bankruptcy |
| Debtors. | § | |
| | § | |
| | § | |
| GARY STRIPLING and LOUISE PARTEN, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Adversary No. 09-07001-HDH |
| | § | |
| GEORGE PATRICK SULIMA, | § | |
| Defendant. | § | |

**MOTION FOR SUMMARY JUDGMENT ON DISCHARGEABILITY**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Gary Stripling and Louise Parten, who was formerly known as Louise Stripling, (the

"Striplings"), creditors and parties in interest in the above referenced bankruptcy proceeding, seek

summary judgment against Debtor George Patrick Sulima, to bar discharge of the New Mexico

judgment (Exhibit H) for violations of the Uniform Fraudulent Transfer Act ("UFTA"), NMSA 1978

§56-10-1 *et seq*. (1989). The Striplings move the Court to hold that this debt is excepted from

discharge under 11 U.S.C. § 523(a)(6).

Dated: July 31, 2009.

Respectfully submitted,

/S/ Stewart Ransom Miller
MILLER & MILLER
Stewart Ransom Miller
9310 Esplanade Dr.
Dallas, TX 75220
(214) 352-2132 phone
(214) 722-1010
Attorney for Gary Stripling and Louise Parten

Feferman & Warren
Richard N. Feferman
Charles Parnall
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773 phone
Attorney for Gary Stripling and Louise Parten