STATE OF NEW MEXICO
COUNTY OF SAN JUAN
ELEVENTH JUDICIAL DISTRICT

FILED
DISTRICT COURT
SAN JUAN COUNTY NM
2008 JUL 23 AM 8 00

GARY and LOUISE STRIPLING,

    Plaintiffs,

v.

    No. CV-2003-169

SHAUNA, INC.

    Defendant.

## JUDGEMENT ADOPTING ARBITRATION AWARD

THIS MATTER came before the Court on Plaintiffs' Motion to Confirm Arbitration Award, and the Court having considered the parties' briefs and arguments at hearing and being fully advised in the premises, hereby FINDS as follows:

1. Defendant was the party that moved to compel arbitration initially.

2. The arbitration award issued against Defendant by William Riordan in 2004 was confirmed and adopted by this Court. At that time, Defendant agreed to a stipulated order adopting the arbitration award, without contesting any items in the arbitration award.

3. The arbitrator had the authority and jurisdiction to decide Plaintiffs' claim for the additional attorney's fees and costs incurred in attempting to collect the judgment.

THEREFORE IT IS ADJUDGED AND DECREED as follows:

1. The arbitration award attached to Plaintiffs' Motion to Confirm Arbitration Award is hereby confirmed and adopted by this Court as a judgment.

2. Defendant is ordered to pay all amounts awarded in the arbitration award.



EXHIBIT C

_[signature]_
HON. THOMAS J. HYNES
District Court Judge

Approved:

FEFERMAN & WARREN, Attorneys for Plaintiffs

_[signature]_
SUSAN WARREN
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773
(505) 243-6663 (fax)

VANCE, CHAVEZ & ASSOCIATES, LLC, Attorneys for Defendant

*Telephonically approved as to form only 07/15/08*

James A. Chavez
320 Gold Ave. SW, Suite 1400
Albuquerque, NM 87102
(505) 842-6626
(505) 247-1536 (fax)