UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

SHAUNA, INC.,

Debtor.

No. 7-04-12388 MA

## DEBTOR'S MOTION TO DISMISS BANKRUPTCY

COMES NOW the Debtor, Shauna, Inc. and hereby moves the Court to dismiss the Chapter 7 Proceeding captioned In re Shauna Inc., and bearing case no. 7-04-12388 as grounds for the motion the Debtor states:

1. This case was commenced in response to a proliferation of lawsuits against the Debtor.

2. The Debtor has filed schedules and statements and attended the 341 Meeting.

3. Although most creditors have determined not to continue litigation against the Debtor, the Striplings, creditors herein, seek to pursue litigation.

4. The Debtor, a corporation, would not receive a discharge if this case were to proceed.

5. The Debtor believes that the appropriate forum for the litigation, as a matter of judicial economy, is in the Court of original jurisdiction.

6. Creditors will not be prejudiced by dismissal of this case because the Debtor would not receive a discharge of its debts and because it does not appear that there are going to be any assets available for distribution to creditors.

Wherefore, the Debtor requests that the Court dismiss this Chapter 7 Proceeding and for such other and further relief as the Court deems just and proper.

EXHIBIT E

Law Office of George "Dave" Giddens, P.C.

_____
By: George ("Dave") Giddens Jr.
10400 Academy, Suite 350
Albuquerque, NM  87111
(505) 271-1053
(505) 271-4848 fax

This certifies that on June 17, 2004, a copy
of the foregoing document
was served by mail on:

Linda S. Bloom
Chapter 7 Trustee
P.O. Box 218
Albuquerque, NM 87103-0218

United States Trustee
P.O. Box 608
Albuquerque, NM  87103-0608

Susan Warren
Fefferman and Warren
300 Central Ave. SW #2000E
Albuquerque, NM  87102-2303

_____
George D. Giddens

2

04-12388 - Shauna, Inc.
Case 09-07001-hdh   Doc 12-6   Filed 07/31/09   Entered 07/31/09 21:01:26   Desc   Page 1 of 1
Exhibit Debtors Motion to Dismiss Bankruptcy   Page 3 of 3

United States Bankruptcy Court - District of New Mexico

Electronic Document Submission Confirmation

Home | Links | Help

Thursday, June 17, 2004

Quick Links: Caption, Case Information, Docket, Related Cases

| | |
|---|---|
| Document(s) Submitted By: | George D. Giddens |
| Transaction Timestamp: | Thursday, June 17, 2004, 02:53:34:PM MDT |
| Confirmation Number: | 8EB0CE20-734C-3F12-408C-6C8FAFF66910 |
| Case Title: | Shauna, Inc. |
| Case Number: | 04-12388 |
| Lead Document Type: | Motion to Dismiss Bankruptcy |
| Document Description: | Motion to Dismiss Bankruptcy |
| Fee: | N/A |

## Document Submissions

| Document | Status | Comments |
|---|---|---|
| File: \\Giddens-7kagjpv\C Drive\20gig\WORD PROCESSING\Denise\ELECTRONIC FILING\CURRENT - Electronic Filing Files\Shauna, Inc\6-17-04Debtor's Motion to Dismiss the Bankruptcy.pdf | Received | |

Quick Links: Caption, Case Information, Docket, Related Cases

Home | Links | Help

Please mail any comments to the ACE Development Team.

Thursday, June 17, 2004

ACE 2.3.4

