UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
SHAUNA, INC.,
Debtor.

No. 7-04-12388 MA

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE

This matter came before the Court on Shauna, Inc.'s ("Debtor") Motion to Dismiss Chapter 7 Case, filed June 17, 2004 ("Motion"). The Court FINDS that Notice of the Motion was given to all creditors and the United States Trustee on June 17, 2004; that the deadline to file objections to the Motion was July 12, 2004; that no objections were filed; that no further notice of the Motion or of this Order is necessary in the particular circumstances; the Court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157; and that the Debtor's Motion should be approved.

IT IS, THEREFORE, ORDERED:

This Chapter 7 case is dismissed.

MARK McFEELEY
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
S/submitted by email Jennifer Street for
George Dave Giddens
10400 Academy NE, Suite 350
Albuquerque, NM 87111
(505) 271-1053
(505) 271-4848 fax

Parties Entitled to Notice of Entry of this Order:

George Dave Giddens/Jennifer L. Street
10400 Academy NE, Suite 350
Albuquerque, NM 87111

Linda S. Bloom
Chapter 7 Trustee
P.O. Box 218
Albuquerque, NM 87103-0218



United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

Susan Warren
Fefferman and Warren
300 Central Ave. SW #2000E
Albuquerque, NM 87102-2303

I hereby certify that a true and correct
copy of the foregoing was either
electronically transmitted, faxed, delivered
or mailed to the listed counsel and parties,
on the date file stamped above.

*Roseanna Córdova*

**FILED**

UNITED STATES BANKRUPTCY COURT
ALBUQUERQUE, NEW MEXICO

**July 15, 2004 02:57:PM**

OFFICE OF THE CLERK

# United States Bankruptcy Court
# District of New Mexico
# Document Verification Excerpt*

| Case: | 04-12388 |
|---|---|
| Title: | Shauna, Inc. |
| Document Type: | Order |
| Document Number: | 0 |
| Description: | Order Granting Motion to Dismiss Case |
| Total Pages: | 2 |
| Exhibits/Attachment: | 0 |
| Court Signature: | a9 1e ec 94 63 6e 79 9e 4b 03 bc 90 49 97 08 53 14 85 0e f1 ba 07 9d a8 e0 4d c3 12 44 9a 15 e7 7f c0 f4 ef 7e 52 fd 4a 57 ce 4a 76 42 71 b3 b0 39 88 33 a7 2b 66 ed 78 e0 2f 3c f0 16 ac d7 07 6e 2f bd ae 44 18 d6 3a 83 4a 17 5c 5f 68 9b 41 4b 85 5c 99 b8 ef f8 6b 18 89 3f bf e3 b6 56 16 af b2 72 57 9b 7e d5 bb 7e 5b fb dd 15 56 b3 5b 64 1d 16 1e 63 19 f5 aa cf 51 70 19 63 b4 6b 77 |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: The full document verification containing the case title, case number, document number, document description, date and time the document was received, and the dates the document was filed and entered on the docket is available on the Court's electronic system (ACE) when the document is entered on the docket.