

STATE OF NEW MEXICO
COUNTY OF SAN JUAN
ELEVENTH JUDICIAL DISTRICT

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,

    Plaintiffs,

v.                                                              No. CV 2006-625-3

SHAUNA, INC.,
GEORGE AND SHARI SULIMA,
SOLITAIRE HOLDINGS, LLC.,
DIAMOND HOME TRANSPORT, INC., and
SOLITAIRE HOME TRANSPORT, L.P.,

    Defendants.

## FINAL JUDGMENT AND ORDER

After trial to the Court, and upon review of each party's proposed findings of facts and conclusions of law, and this Court having announced its ruling at the conclusion of the trial and the Court being fully advised,

IT IS HEREBY ADJUDGED AND ORDERED:

1. This court has jurisdiction over the claims and the parties.

2. Plaintiffs are creditors and are the prevailing parties.

3. Defendants George Sulima and Shari Sulima are insiders of Shauna, Inc. George Sulima, as a corporate officer of Shauna, Inc., transferred the essential assets of Shauna, Inc., to the personal accounts of George and Shari Sulima even though George and Shari Sulima did not have a valid lien on the assets. Shauna, Inc. concealed the transfer of assets, retained control of the cash proceeds of the assets transfer, and did so at a time that it was being sued.

4. Defendants Shauna, Inc., violated the Uniform Fraudulent Transfer Act with intent to



EXHIBIT H

hinder, delay or defraud the plaintiffs, Shauna, Inc.'s creditors.

5. Plaintiffs are entitled to collect from George Sulima and Shari Sulima, jointly and severally, the judgment entered August 26, 2004, in favor of Plaintiffs and against Shauna, Inc., in the action filed in this judicial district and entitled Stripling v. Shauna, D-1116-CV-200300169, plus accrued interest thereon, less any payments made in partial satisfaction of that judgment.

6. The Court reserves a ruling on Plaintiffs' costs in this matter pending its determination of costs pursuant to NMRA 2007, Rule 1-054 and this Court's applicable rules.

7. The Court will adopt Plaintiffs' Findings of Fact and Conclusions of Law, as modified and it will enter those Findings and Conclusions based upon the Court's ruling from the bench at the conclusion of trial.

_____
Hon. Sandra A. Price
11th Judicial District Judge

Submitted by:

Approved as to form only:

VANCE, CHAVEZ & ASSOCIATES, LLC

_____
James A. Chavez
Attorneys for Sulimas and Shauna, Inc.