IN RE: § Case No. 09-70030-HDH7