

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 29, 2009**                                                                 **United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                         §
George Patrick Sulima                          §
                                               §   Case No.:   09–70030–hdh7
               Debtor(s)                       §   Chapter No.: 7
                                               §
Gary Stripling  et al.                         §
               Plaintiff(s)                    §   Adversary No.:   09–07001–hdh
      vs.                                      §
George Patrick Sulima                          §
               Defendant(s)                    §

## ORDER FOR ADMISSION *PRO HAC VICE*

   The Court, having considered the Application for Admission *Pro Hac Vice* of **Richard N. Feferman**, related to document 6, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

                              # # # End of Order # # #

# CERTIFICATE OF NOTICE

```
District/off: 0539-7          User: bsimpson              Page 1 of 1            Date Rcvd: Jul 29, 2009
Case: 09-07001                Form ID: pdf001             Total Noticed: 2
```

The following entities were noticed by first class mail on Jul 31, 2009.
```
aty          +Richard N. Feferman,    Feferman, Warren & Treinen,    300 Central Ave., SW., Ste 2000W,
               Albuquerque, NM 87102-3203
ust          +UST U.S. Trustee,    1100 Commerce Street,    Room 976,    Dallas, TX 75242-1011
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**                **Signature:** _Joseph Speetjens_