# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In re: GEORGE PATRICK SULIMA
        Debtor,　　　　　　　　　　　　　　　No. 09-70030-HDH7

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,
        Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　Adv. Proc. No 09-07001-HDH

GEORGE PATRICK SULIMA,
        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that we served a copy of the Adversary Complaint, Summons and the Court's May 26, 2009 Order Regarding Adversary Proceedings, upon George Sulima by first class mail postage prepaid, addressed to him at 3001 Kemp Blvd., #1215, Wichita Falls, TX 76308 (the address listed in his bankruptcy petition), pursuant to Rule 7004(a)(2)(1), Federal Rules of Bankruptcy Procedure, on July 23, 2009. That rule states:

> Except as provided in subdivision (h), in addition to the methods of service authorized by Rule 4(e) -(j) F.R.Civ.P., service may be made within the United States by first class mail postage prepaid as follows:
> (1) Upon an individual other than an infant or incompetent, by mailing a copy of the summons and complaint to the individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession.

I also certify that we served a copy of the Adversary Complaint, Summons and the Court's Order Regarding Adversary Proceedings upon Monte J. White, attorney at law, by first class mail, postage prepaid, on May 29, 2009.

Respectfully submitted,

_Efiled on 9/8/09_       /s/ [signature]

Feferman & Warren, Attorneys for creditors Gary Stripling and Louise Parten
Richard N. Feferman
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773 phone