# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In re: GEORGE PATRICK SULIMA
    Debtor,                                                  No. 09-70030-HDH7

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,
    Plaintiffs,

vs.                                                                         Adv. Proc. No 09-07001-HDH

GEORGE PATRICK SULIMA,
    Defendant.

## MOTION FOR ENTRY OF DEFAULT

Defendant George Patrick Sulima was served with the Summons and Complaint on July 23, 2009. No attorney has entered an appearance on behalf of the Defendant. Defendant has not filed any answer, motion or other pleading, within the time required by law and the rules of this Court. Defendant is now in Default.

Wherefore, Plaintiffs-creditors Gary Stripling and Louise Parten move for the Entry of Default against Defendant George Patrick Sulima in this matter.

Respectfully submitted,

*Signed and efiled on 9/10/09*
Feferman & Warren, Attorneys for creditors Gary Stripling and Louise Parten
Richard N. Feferman
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773 phone