Monte J. White & Associates
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| George Patrick Sulima § | |
|     Debtor § | |
| § | CASE NO.09-70030-hdh-7 |
| § | HEARING: SEPTEMBER 16, 2009 |
| § | HEARING TIME: 9:00 AM |
| Gary Stripling and Louise Parten § | |
|     Plaintiffs, § | ADVERSARY PROCEEDING NO. 09-07001 |
| vs. § | |
| George Patrick Sulima § | |
|     Defendant § | |

UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

    DEFENDANT, GEORGE SULIMA, in the above-styled cause requests the Court to allow a continuance of the Hearing on Motion for Summary Judgment scheduled for September 16, 2009, at 9:00 AM in the Courtroom of the U.S. Bankruptcy Court, 10th and Lamar Street, Wichita Falls, Texas.

1. The above-referenced adversary proceeding no. 09-07001-hdh was initiated on May 25, 2009.
2. The first summons on Defendant, George Sulima (hereinafter referred to as "Mr. Sulima") was issued on May 26, 2009.
3. No Certificate of Summons Service Executed was filed relating to the first summons.
4. Summons on Mr. Sulima was reissued on July 7, 2009.
5. On July 31, 2009, Plaintiffs filed their First Motion for Summary Judgement.
6. A Notice of Hearing on Motion for Summary Judgment was filed on August 12, 2009, setting the hearing on the motion for September 16, 2009.
7. On September 8, 2009, Plaintiffs' attorneys filed their Certificate of Summons service executed.
8. Mr. White was able to contact Mr. Sulima by phone and an agreement was made that Mr. White would represent Mr. Sulima in the adversary proceeding.
9. Mr. White left the state for a previously scheduled bankruptcy seminar in Lake Tahoe, CA on September 9, 2009, and did not return until the evening of September 13, 2009.
10. As of September 16, 2009, Mr. Sulima agrees to acknowledge proper service of the complaint, scheduling order and summons.

11. Mr. Sulima's attorney, Monte J. White, hereby requests a continuance on Plaintiff's Motion for Summary judgement to the next live docket in Wichita Falls, TX on October 28, 2009. The continuance is necessary for the effective defense of the Motion since attorney has not had adequate time to prepare a Response to the Motion for Summary Judgment and to order and receive certified documentation from previous matters heard in the District Court of San Juan County, New Mexico and/or from the United States Bankruptcy Court for the District of New Mexico.

12. The Motion for Summary Judgment relates to the Plaintiffs' Complaint for Nondischargeability under 11 USC §523 and therefore, is a serious matter deserving of the opportunity for adequate preparation and due process for Mr. Sulima.

FOR THESE REASONS, Defendant, Mr. George Sulima, prays for an order from the Court granting a continuance of the hearing on the Motion for Summary Judgment to October 28, 2009, in this matter.

Respectfully submitted,

/s/Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on September 14, 2009, I contacted the attorney for the Plaintiffs, Mr. Richard Feferman, regarding the continance of this hearing to October 28, 2009 and was advised that the Motion is unopposed.

/s/Monte J. White
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2009, a true and correct copy of the foregoing was served on the following parties by ECF and/or US Mail:

| BANKRUPTCY TRUSTEE | DEFENDANT |
|---|---|
| Shawn K. Brown | George Patrick Sulima |
| PO box 93749 | 906 Hurl Dr. |
| Southlake, TX 76072 | Pittsburgh, PA 15236 |

ATTORNEY FOR PLAINTIFFS
Feferman & Warren
Richard N. Feferman
300 Central S. W. Ste 2000
Albuquerque, NM 87102

ATTORNEY FOR PLAINTIFFS
Miller & Miller
Stewart Ransom Miller
9310 Esplanade Drive
Dallas, TX 75220-5038

US TRUSTEE
William T. Neary
1100 Commerce St., Room 9C60
Dallas, TX 75242