

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*United States Bankruptcy Judge*

**Signed September 16, 2009**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| George Patrick Sulima § | |
|     Debtor § | |
| § | CASE NO. 09-70030-hdh-7 |
| § | HEARING: SEPTEMBER 16, 2009 |
| § | HEARING TIME: 9:00 AM |
| Gary Stripling and Louise Parten § | |
|     Plaintiffs, § | ADVERSARY PROCEEDING NO. 09-07001 |
| vs. § | |
| George Patrick Sulima § | |
|     Defendant § | |

AGREED ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT

The Motion of the above-named Defendant to continue the hearing on the Motion for Summary Judgment scheduled for September 16, 2009 in the Courtroom of the U.S. Bankruptcy Court, Wichita Falls, TX is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing is rescheduled to October 28, 2009, at 9:00AM in the Courtroom of the U.S. Bankruptcy Court, Wichita Falls, TX .

AGREED TO AND ENTRY REQUESTED:

/s/Richard N. Feferman w/permission          /s/Monte J. White
Attorney for Plaintiffs                       Attorney for Defendant
Feferman & Warren                             Monte J. White & Associates, P.C.
300 Central S.W. Ste 2000                     1106 Brook Ave
Albuquerque, NM 87102                         Wichita Falls, TX 76301

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com