

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 16, 2009

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| George Patrick Sulima | § | |
|     Debtor | § | |
| | § | CASE NO.09-70030-hdh-7 |
| | § | HEARING:  SEPTEMBER 16, 2009 |
| | § | HEARING TIME:  9:00 AM |
| Gary Stripling and Louise Parten | § | |
|     Plaintiffs, | § | ADVERSARY PROCEEDING NO. 09-07001 |
| vs. | § | |
| George Patrick Sulima | § | |
|     Defendant | § | |

<u>AGREED ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT</u>

      The Motion of the above-named Defendant to continue the hearing on the Motion for Summary Judgment scheduled for September 16, 2009 in the Courtroom of the U.S. Bankruptcy Court, Wichita Falls, TX  is sustained.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing is rescheduled to October 28, 2009, at 9:00AM in the Courtroom of the U.S. Bankruptcy Court, Wichita Falls, TX .

AGREED TO AND ENTRY REQUESTED:

/s/Richard N. Feferman w/permission          /s/Monte J. White
Attorney for Plaintiffs                      Attorney for Defendant
Feferman & Warren                            Monte J. White & Associates, P.C.
300 Central S.W. Ste 2000                    1106 Brook Ave
Albuquerque, NM 87102                        Wichita Falls, TX 76301

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

# CERTIFICATE OF NOTICE

```
District/off: 0539-7          User: bsimpson          Page 1 of 1          Date Rcvd: Sep 16, 2009
Case: 09-07001               Form ID: pdf001          Total Noticed: 2

The following entities were noticed by first class mail on Sep 18, 2009.
aty           +Charles S. Parnall,   Feferman, Warren & Treinen, PA,   300 Central Ave., SW, Ste 2000W,
               Albuquerque, NM 87102-3203
ust           +UST U.S. Trustee,   1100 Commerce Street,   Room 976,   Dallas, TX 75242-1011

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**                    **Signature:** _Joseph Speetjens_