Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| George Patrick Sulima, § | Case No. 09-70030-hdh7 |
| Debtor § | Chapter 7 Bankruptcy |
| Gary Stripling and Louise Parten, § | |
| Plaintiffs § | Adversary No. 09-07001-hdh-7 |
| vs. § | |
| George Patrick Sulima, § | |
| Defendant. § | |

### RESPONSE TO MOTION FOR SUMMARY JUDGMENT ON DISCHARGEABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Gary Stripling and Louise Parten, who was formerly known as Louise Stripling, (The "Striplings"), creditors and parties in interest in the above referenced bankruptcy proceeding, seek summary judgment against Debtor, George Patrick Sulima, to bar discharge of debt pursuant to the New Mexico judgment (Exhibit H) for violations of the Uniform Fraudulent Transfer Act ("UFTA"), NMSA 1978 §56-10-1 *et seq.* (1989). The Striplings have moved the Court to hold that this debt is excepted from discharge under 11 U.S.C. § 523(a)(6). Debtor, George Sulima, requests that the Court deny the Plaintiffs' motion and find that this debt is not excepted from discharge under 11 U.S.C. § 523(a)(6). Each of the responsive required matters will be set forth in the Debtor's brief.

Dated: October 19, 2009.

                                                  Respectfully submitted,

                                                  /s/Monte J. White, Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by ECF and/or mailed on October 19, 2009, to the following as indicated:

        /s/Monte J. White
        Attorney for Defendant George Sulima

| | |
|---|---|
| Attorney for Plaintiffs: | Miller & Miller<br>Stewart Ransom Miller<br>9310 Esplanade Dr.<br>Dallas, TX 75220 |
| Attorney for Plaintiffs: | Feferman & Warren<br>Richard N. Feferman<br>Charles Parnall<br>300 Central Ave., SW, Suite 2000 East<br>Albuquerque, NM 87102 |
| Trustee: | Chapter 7 Trustee<br>Shawn K. Brown<br>PO Box 93749<br>Southlake, TX 76072<br><br>U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Defendant: | George Patrick Sulima<br>906 Hurl Dr.<br>Pittsburgh, PA 15236 |