```
 1                    STATE OF NEW MEXICO
 2                    COUNTY OF SAN JUAN
 3                    IN THE DISTRICT COURT
 4
 5  GARY STRIPLING AND LOUISE)
    PARTEN,                  )
 6           Plaintiff       )
                             )
 7  VS.                      )  CASE NO. CV-06-625-3
                             )
 8  SHAUNA, INC., GEORGE AND )
    SHARI SULIMA, SOLITAIRE  )
 9  HOMES,                   )
             Defendant       )
10
11  _____
12          TRANSCRIPTION OF TAPED PROCEEDINGS
13                  JANUARY 17, 2008
14
15
16
17
18
19
20
21
22
23
24                                        EXHIBIT
                                             J
25
```

                    ARLENE CHILDRESS, C. S. R.
                      WICHITA FALLS, TEXAS

Case 09-07001-hdh   Doc 26-1   Filed 10/19/09   Entered 10/19/09 14:51:13   Desc
Exhibit Exhibit J-Transcript of Proceeding   Page 2 of 6

2

```
 1                    (TIME ON RECORDING:  18:12)
 2                    THE COURT:  Okay.  Anything further I
 3   need to rule on to clarify the record?
 4                    MR. CHAVEZ:  No, Your Honor, nothing
 5   from the defendant.
 6                    MR. FEFFERMAN:  The only other thing I
 7   would just ask --
 8                    MR. CHAVEZ:  Yes, Your Honor, there is
 9   one other thing.
10                    MR. FEFFERMAN:  Go ahead.
11                    MR. CHAVEZ:  And that is, I'd like to
12   renew my argument for the record that the judgment as
13   Shari Sulima, which shouldn't be (Inaudible), with
14   regard to the finding of fraud, that there was no
15   intent, no actual intent by Mrs. Sulima to do
16   anything, because she was not involved in any of the
17   transfers.
18                    THE COURT:  Again, Mr. Chavez, I'm going
19   to go with the previous ruling, in that it's a
20   corporation; they're doing this as a result, or at
21   least it appears to the Court that this money went
22   into joint accounts accessed by family, again --
23                    MR. CHAVEZ:  Well, I'm sorry, let me
24   stop you there, because I think that the intent is of
25   the transferee, the one who receives, and the
```

Case 09-07001-hdh   Doc 26-1   Filed 10/19/09   Entered 10/19/09 14:51:13   Desc
Exhibit Exhibit J-Transcript of Proceeding   Page 3 of 6

3

1  transferor.  The transferor is the corporation.

2  Certainly you can find that there's intent there.

3  There's evidence, the Court said that there was

4  evidence of that.  There's the transferee, the people

5  who received it, is both George Sulima and his wife,

6  Shari.  The Court I think was saying that Mr. Sulima

7  had the intent to receive it, but there's no evidence

8  that Shari had the intent to receive it.  So I think

9  as to actual intent to defraud, there's no evidence as

10 to that, as Shari Sulima, as an individual receiving

11 assets from a corporation.

12            THE COURT:  Mr. Fefferman, you may

13 respond.

14            MR. FEFFERMAN:  I would just note on

15 the  56-10-18-A, the question is what -- it says this

16 transfer is made, et cetera, if the debtor made this

17 transfer, incurred this obligation, number one, with

18 intent, actual intent to hinder.  So it's the debtor,

19 which was Shauna, Inc.'s intent that is considered,

20 not Mr. Sulima or Mrs. Sulima's intent.

21            THE COURT:  Yes, I concede.

22            MR. FEFFERMAN:  Yeah.

23            THE COURT:  And I did find that the

24 company, Shauna, Inc., intended to defraud, to hinder

25 delay, or defraud.

Case 09-07001-hdh    Doc 26-1    Filed 10/19/09    Entered 10/19/09 14:51:13    Desc
Exhibit Exhibit J-Transcript of Proceeding    Page 4 of 6

4

1               MR. FEFFERMAN:  The only other point I
2  would have, just in terms of the record, is when we
3  originally put the exhibit book together, there were
4  some exhibits that they weren't able to consent to,
5  but I think in his opening Mr. Chavez acknowledged
6  that he didn't have any objections, and I just would
7  want to clarify that the exhibit books we have with
8  all the exhibits are part of the record and are
9  admitted.
10              THE COURT:  The Court has used them.  I
11 know they were never officially offered, but when I
12 asked that question at the beginning, I believe most
13 were stipulated to.  Are there any particular
14 exhibits, Mr. Chavez, that you did not stipulate to
15 that you wanted argued about for the record at this
16 point?
17              MR. CHAVEZ:  The letter?  No, no.
18 (Laughter) No, no.  And it's already on the record
19 that we need the other -- the other, the previous
20 case, as part of the record.
21              THE COURT:  Yes, and I have made that
22 part of the record.  And I don't know if we -- if I
23 will do that, I'll just reference it, or if we will
24 have to include the entire files for the record.  Do
25 you guys want the binders back?  I'm sure they're not

Case 09-07001-hdh   Doc 26-1   Filed 10/19/09   Entered 10/19/09 14:51:13   Desc
Exhibit Exhibit J-Transcript of Proceeding    Page 5 of 6

5

1  going to want to keep them in the evidence room.
2              MR. CHAVEZ:  I don't want them.
3              MR. FEFFERMAN:  Well, we put all of that
4  together and paid for it, but, I mean, I --
5              THE COURT:  Usually I think that we
6  don't want to keep them.
7              MR. FEFFERMAN:  -- those are the Court's
8  exhibits.
9              THE COURT:  Right.  No, I understand
10 that, we have to keep the content.
11             MR. FEFFERMAN:   Yeah.
12             THE COURT:  But I don't know that we
13 will want to keep the binders.
14             MR. FEFFERMAN:  Oh, the binders?  Sure.
15             THE COURT:  The binders, right?  Or do
16 we have to keep them?
17             UNIDENTIFIED PERSON:   (Inaudible).
18             THE COURT:  They're going to be in
19 numbers.  And you're right, and also throughout the
20 hearing we did reference Binder Six and binder,
21 so --.  I do appreciate everybody's professionalism,
22 and we will go off the record at this time.
23             MR. FEFFERMAN:  Thank you, Your Honor.
24             THE COURT:  Thank you.
25

```
 1              REPORTER'S CERTIFICATION OF TAPE

 2       TRANSCRIPTION OF HEARING ON JANUARY 17, 2008

 3

 4              I, Arlene Childress, a Certified

 5   Shorthand Reporter in and for the State of Texas,

 6   hereby certify to the following based on

 7   representations made on the tape and in writing:

 8              That the transcript of the tape of the

 9   hearing is a true record of the testimony contained on

10   the tape, to the best of my ability;

11              I further certify that I am neither

12   counsel for, related to, nor employed by any of the

13   parties in the action in which this proceeding was

14   taken, and further that I am not financially or

15   otherwise interested in the outcome of the action.

16        Witness my hand this 22nd day of September, 2009.

17

18

19              _____

20              ARLENE CHILDRESS
                Texas CSR No. 639
21              Expiration date: 12-31-10
                4510 York Street
22              Wichita Falls, Texas   76309
                Phone:  (940) 691-0963
23

24

25
```

ARLENE CHILDRESS, C. S. R.
WICHITA FALLS, TEXAS