**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

In re: GEORGE PATRICK SULIMA
       Debtor,　　　　　　　　　　　　　　No. 09-70030-HDH7

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,
       Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　Adv. Proc. No 09-07001-HDH

GEORGE PATRICK SULIMA,
       Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that I filed Creditors Gary Stripling and Louise Parten's Reply Brief in Support of Their Motion for Summary Judgment on Dischargeability with the Court's CM/ECF filing system that caused the following attorneys to be served with a copy of this document electronically as more fully reflected in the notice of electronic mailing on October 26, 2009:

>  Monte J. White, on behalf of Defendant George Sulima
>  legal@montejwhite.com, jan@montejwhite.com

I further certify that I filed Creditors Gary Stripling and Louise Parten's Amended Reply Brief in Support of Their Motion for Summary Judgment on Dischargeability, along with a copy of this certificate with the Court's CM/ECF filing system that caused the above individual to be served with a copy of these documents as more fully reflected in the notice of electronic mailing on October 27, 2009.

Respectfully submitted,

_____
Feferman & Warren, Attorneys for creditors Gary Stripling and Louise Parten
Richard N. Feferman
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773 phone