NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 2, 2009                                United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In re: GEORGE PATRICK SULIMA

    Debtor,                                                                 No. 09-70030-HDH7

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,

    Plaintiffs,

vs.                                                                                               Adv. Proc. No 09-07001-HDH

GEORGE PATRICK SULIMA,

    Defendant.

## ORDER

    Plaintiffs, Gary Stripling and Louise Parten, filed an adversary complaint requesting the Court to hold that this debt is excepted from discharge under 11 U.S.C. § 523(a)(6). The matter

was fully briefed by both parties and came before the Court for hearing October 28, 2009. The Court being fully advised,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment on Dischargeability is granted. Mr. Sulima's debt to the Striplings, arising out of the May 6, 2008 judgment against Mr. Sulima for violations of the New Mexico Uniform Fraudulent Transfer Act, shall not be discharged in bankruptcy, pursuant to 11. U.S.C. § 523(a)(6).

****END OF ORDER****

Approved as to form:


*(Signed 11/02/09 and efiled)*
Feferman & Warren, Attorneys for Gary Stripling and Louise Parten
Richard N. Feferman
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773
rfeferman@msn.com


*Approved by email 10/30/09, authorized to be signed by Richard Feferman*
Monte J. White
Monte J. White & Associates, P.C., Attorneys for George Sulima
1106 Brook Ave
Wichita Falls, TX 76301
(940) 723-0099
legal@montejwhite.com