

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 2, 2009**             **United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In re: GEORGE PATRICK SULIMA

    Debtor,                                            No. 09-70030-HDH7

GARY STRIPLING and LOUISE PARTEN,
f/k/a LOUISE STRIPLING,

    Plaintiffs,

vs.                                                       Adv. Proc. No 09-07001-HDH

GEORGE PATRICK SULIMA,

    Defendant.

### ORDER

    Plaintiffs, Gary Stripling and Louise Parten, filed an adversary complaint requesting the Court to hold that this debt is excepted from discharge under 11 U.S.C. § 523(a)(6). The matter

was fully briefed by both parties and came before the Court for hearing October 28, 2009. The Court being fully advised,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment on Dischargeability is granted. Mr. Sulima's debt to the Striplings, arising out of the May 6, 2008 judgment against Mr. Sulima for violations of the New Mexico Uniform Fraudulent Transfer Act, shall not be discharged in bankruptcy, pursuant to 11. U.S.C. § 523(a)(6).

****END OF ORDER****

Approved as to form:


*(Signed 11/02/09 and efiled)*
Feferman & Warren, Attorneys for Gary Stripling and Louise Parten
Richard N. Feferman
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773
rfeferman@msn.com


*Approved by email 10/30/09, authorized to be signed by Richard Feferman*
Monte J. White
Monte J. White & Associates, P.C., Attorneys for George Sulima
1106 Brook Ave
Wichita Falls, TX 76301
(940) 723-0099
legal@montejwhite.com

# CERTIFICATE OF NOTICE

```
District/off: 0539-7        User: jwomack          Page 1 of 1              Date Rcvd: Nov 03, 2009
Case: 09-07001              Form ID: pdf001        Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 05, 2009.
ust           +UST U.S. Trustee,   1100 Commerce Street,   Room 976,   Dallas, TX 75242-1011

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2009**                          **Signature:**     *Joseph Speetjens*